# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-00296-01-CR-W-DW |
| ) | |
| COLE A. LARSON, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation Concerning Plea of Guilty (Doc. 29), which recommends that the Defendant's plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed. After a review of the record, it is hereby ORDERED that the Court ADOPTS the Magistrate's Report and Recommendation Concerning Plea of Guilty (Doc. 29). Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order.

IT IS SO ORDERED.


Date:  November 22, 2011                        /s/ Dean Whipple
                                                Dean Whipple
                                                United States District Judge